NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
29131
16-NOV-2011
08:49 AM

NO. 29131

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee, v.
PATRICK K.K. HO, Defendant-Appellant


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-CR NO. 07-1-0021)

ORDER OF CORRECTION
(By: Reifurth, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order entered on November 14, 2011, is corrected as follows:

In the portion of the case caption where the case number and the court from which the appeal is taken is designated, the word "CIRCUIT" is deleted and replaced with the word "FAMILY" and the case number "CR. NO. 05-1-0282(3)" is deleted and replaced with "FC-CR NO. 07-1-0021" so that the caption reads:

IN THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-CR NO. 07-1-0021)

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, November 16, 2011.

Associate Judge

---

[1] Foley, Presiding Judge and Reifurth, J.; and Ginoza, J., dissenting.